IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01358-WYD

SHELLIE VAN VOROUS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER OF DISMISSAL

On November 6, 2015, I entered an Order to Show Cause (ECF No. 18) requiring the Plaintiff to show cause, if any, in writing on or before November 20, 2015 why this case should not be dismissed pursuant to D.C.COLO.LCivR 41.1 for failure to prosecute and failure to comply with court orders.  The basis for my order to show cause was the Plaintiff's failure to file an opening brief pursuant to the Joint Case Management Plan (ECF No. 17).  The Plaintiff has failed to respond to the Order to Show Cause or to communicate with the court in any way.

    Local rule of practice 41.1, D.C.COLO.LCivR, provides:

    A judicial officer may issue an order to show cause why a case should not be dismissed for lack of prosecution or for failure to comply with these rules, the Federal Rules of Civil Procedure, or any court order.  If good cause is not shown within the time set in the show cause order, a district judge or a magistrate judge exercising consent jurisdiction may enter an order of dismissal with or without prejudice.

The Plaintiff has failed to show cause why the case should not be dismissed for failure to comply with court orders and for failure to prosecute. To the contrary, it appears that the Plaintiff has abandoned her appeal.

Accordingly, it is ORDERED that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, failure to comply with court orders, and failure to show cause pursuant to D.C.COLO.LCivR 41.1. The Clerk of the Court is directed to close this case.

Dated: December 14, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE