IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-01358-WYD

SHELLIE VAN VOROUS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order of Dismissal, filed on December 14, 2015, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to comply with court orders, and failure to show cause pursuant to D.C.COLO.LCivR 41.1.  It is further

ORDERED that the Clerk of the Court is directed to close this case.

DATED at Denver, Colorado this 15th day of December, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk